IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| SOUTHERN AGCREDIT FLCA | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:09cv337HSO-JMR |
| WILLIAM M ADKINSON | DEFENDANT |

<u>ORDER</u>

This cause comes before the Court pursuant to the Court's Order of July 19,2010 which stayed this matter for many reasons not the least of which was the fact that the collateral securing Note VIII remains under bankruptcy protection. In light of the stay entered by this Court pending the resolution by the Bankruptcy as it pertains to the collateral securing Note VIII, the Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered .

This the 24th day of August, 2010

*John M Roper Sr.*
UNITED STATES MAGISTRATE JUDGE